B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Missouri | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lewis and Clark Apartments, LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-5225814** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1282 Marquis**<br>**Saint Louis, MO**<br>ZIP Code **63137** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Saint Louis City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**165 N. Meramec, Suite 500**<br>**Saint Louis, MO**<br>ZIP Code **63105** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Lewis and Clark Apartments, LP |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lewis and Clark Apartments, LP** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X_*/s/ Nicholas A. Franke*_____
Signature of Attorney for Debtor(s)

**Nicholas A. Franke  37402MO**
Printed Name of Attorney for Debtor(s)

**Spencer Fane Britt & Browne LLP**
Firm Name

**1 N. Brentwood Blvd.
Tenth Floor
Saint Louis, MO 63105**

Address

Email: nfranke@spencerfane.com
**314-863-7733  Fax: 314-862-4656**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_*/s/ Timothy R. Wolf*_____
Signature of Authorized Individual

**Timothy R. Wolf**
Printed Name of Authorized Individual

**President of Lewis and Clark Partners, LLC**
Title of Authorized Individual  General partner of the Debtor

*5/25/11*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Missouri

In re    **Lewis and Clark Apartments, LP**               Case No. _____

                                            Debtor(s)              Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Amazing Sewer & Drain<br>1905 Yaqui Dr.<br>Florissant, MO 63031 | Mike<br>Amazing Sewer & Drain<br>1905 Yaqui Dr.<br>Florissant, MO 63031<br>314-345-0326 | Trade-Sewer | | 180.00 |
| American Family Insurance<br>16024 Manchester Rd.<br>Suite 100<br>Ballwin, MO 63011 | Bill Voss<br>American Family Insurance<br>16024 Manchester Rd.<br>Suite 100<br>Ballwin, MO 63011<br>636-391-4855 | Insurance | | 2,632.41 |
| Arella's Carpet Cleaning<br>55 Pilothill Dr.<br>St. Peters, MO 63376 | No specific contact<br>Arella's Carpet Cleaning<br>55 Pilothill Dr.<br>St. Peters, MO 63376<br>636-498-1704 | Trade-Cleaning | | 940.00 |
| Centerline Capital Group<br>625 Madison Avenue<br>5th Floor<br>New York, NY 10022 | Patrice Havelka<br>Centerline Capital Group<br>625 Madison Avenue<br>5th Floor<br>New York, NY 10022<br>212-588-2115 | Equity Inv-Mgt Fee | | 625.00 |
| Cintas Corp #452<br>PO Box 88005<br>Chicago, IL 60680 | Caroline Capstick<br>Cintas Corp #452<br>PO Box 88005<br>Chicago, IL 60680<br>636-947-0030 | Trade-Maint.<br>Uniforms | | 188.82 |
| CS Flooring<br>11632 Fairgrove Industrial Blvd.<br>Maryland Heights, MO 63043 | Mary Ann<br>CS Flooring<br>11632 Fairgrove Industrial Blvd.<br>Maryland Heights, MO 63043<br>314-432-6530 | Trade-Flooring | | 1,125.08 |
| For Rent Magazine<br>75 Remittance Drive, #1705<br>Chicago, IL 60675 | Stephanie Brewer<br>For Rent Magazine<br>75 Remittance Drive, #1705<br>Chicago, IL 60675<br>636-939-9920 | Trade-Advertising | | 1,500.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Lewis and Clark Apartments, LP  
_____  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Gilmore Electric Company, Inc.<br>66 Willmore Road<br>St. Louis, MO 63109 | Thomas Gilmore<br>Gilmore Electric Company, Inc.<br>66 Willmore Road<br>St. Louis, MO 63109<br>314-832-2028 | Trade-Electric | | 5,184.00 |
| Gray Painting<br>8510 Page Blvd.<br>St. Louis, MO 63114 | Tim Gray<br>Gray Painting<br>8510 Page Blvd.<br>St. Louis, MO 63114<br>314-427-3003 | Trade-Painting | | 3,462.00 |
| Home Depot Credit Services<br>PO Box 6031<br>The Lakes, NV 88901 | Johnny Caine<br>Home Depot Credit Services<br>PO Box 6031<br>The Lakes, NV 88901<br>800-494-1946 x43167 | Trade-Maint. Supplies | | 349.09 |
| Laclede Gas Company<br>Drawer 2<br>Saint Louis, MO 63171 | No specific contact<br>Laclede Gas Company<br>Drawer 2<br>Saint Louis, MO 63171<br>314-621-6960 | Utility | | 240.84 |
| Metropolitian St. Louis Sewer District<br>PO Box 437<br>Saint Louis, MO 63166 | No specific contact<br>Metropolitian St. Louis Sewer District<br>PO Box 437<br>Saint Louis, MO 63166<br>866-281-5737 | Utility | | 1,319.67 |
| MidWest Scapes<br>13110 Taussig Avenue<br>Bridgeton, MO 63044 | Tom Tinkham<br>MidWest Scapes<br>13110 Taussig Avenue<br>Bridgeton, MO 63044<br>314-298-8873 | Landscaping | | 3,644.16 |
| Missouri American Water<br>PO Box 94551<br>Palatine, IL 60094 | No specific contact<br>Missouri American Water<br>PO Box 94551<br>Palatine, IL 60094<br>866-430-0820 | Utility | . | 3,959.26 |
| Patrick Development<br>165 North Meramec, Suite 500<br>Saint Louis, MO 63105 | Kathy Payne<br>Patrick Development<br>314-631-8205 | Trade-Service | | 78,309.42 |
| Peak Improvements, Inc.<br>PO Box 309<br>Valley Park, MO 63088 | Dana Adams<br>Peak Improvements, Inc.<br>PO Box 309<br>Valley Park, MO 63088<br>636-225-6924 | Trade-Roof | | 478.00 |
| Rottler Pest & Lawn Solutions<br>2690 Masterson Ave.<br>St. Louis, MO 63114 | Lori Rottler<br>Rottler Pest & Lawn Solutions<br>2690 Masterson Ave.<br>St. Louis, MO 63114<br>314-426-6100 | Trade-Exterminating | | 356.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Lewis and Clark Apartments, LP**  
　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sherbert Associates, PC<br>13777 Ballantine Corporate Place<br>Suite 325<br>Charlotte, NC 28277 | Bill Sherbert<br>Sherbert Associates, PC<br>13777 Ballantine Corporate Place<br>Suite 325<br>Charlotte, NC 28277<br>704-926-8170 | Accounting | | 8,900.00 |
| Spectrum Cleaning & Restoration Services<br>1505 Fenpark<br>Fenton, MO 63026 | Sandy<br>Spectrum Cleaning & Restoration Services<br>1505 Fenpark<br>Fenton, MO 63026<br>314-894-8550 | Trade-Cleaning | | 640.55 |
| Waste Management of St. Louis<br>7320 Hall St.<br>Saint Louis, MO 63147 | No specific contact<br>Waste Management of St. Louis<br>7320 Hall St.<br>Saint Louis, MO 63147<br>314-506-4700 | Utility | | 1,889.92 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of Lewis and Clark Partners, LLC of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  5/25/11　　　　　　Signature  _[signature]_  
　　　　　　　　　　　　　　　　Timothy R. Wolf  
　　　　　　　　　　　　　　　　**President of Lewis and Clark Partners, LLC**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com　　　Best Case Bankruptcy

# LEWIS AND CLARK PARTNERS, LLC
a Missouri limited liability company

## RESOLUTIONS OF THE BOARD OF DIRECTORS

May 25, 2011

Pursuant to the Missouri Limited Liability Company Act and the Second Amendment to the Amended and Restated Operating Agreement of Lewis and Clark Partners, LLC, a Missouri limited liability company (the "Company"), dated as of October 20, 2009, the undersigned Directors of the Company hereby consent to and vote in favor of the following actions taken as of the above date:

WHEREAS, the Board of Directors and Officers have attempted to negotiate a resolution of a dispute with US Bank over financing;

WHEREAS, the Property present cash flow and its occupancy are at 90 percent (90%) plus;

WHEREAS, the Board of Directors and President have consulted with and engaged, Spencer Fane Britt & Browne, for Lewis and Clark Apartments, LP for which, it is the General Partner;

WHEREAS, Spencer Fane believes that, a Plan of Reorganization can be adopted pursuant Chapter 11 of the Bankruptcy Act; and

WHEREAS, the Board of Directors by a vote of $2.0$ is desirous of engaging Spencer Fane to file a Chapter 11 Bankruptcy.

NOW THEREFORE BE IT RESOLVED, the Board of Directors, as General Partner, hereby authorizes Lewis and Clark Apartments, LP to file a Petition for Bankruptcy pursuant to Chapter 11 for Lewis and Clark Apartments, LP;

RESOLVED FURTHER, the Board of Directors hereby acknowledges that the Management Company will advance $30,000 to the cost of Bankruptcy on behalf of Lewis and Clark Partners, LP and reimbursement of the advance; and

RESOLVED FURTHER, that Timothy R. Wolf, President and other officers are hereby authorized and directed to execute such documents and take such steps necessary to implement such Bankruptcy.

*[Remainder of page intentionally left blank. Signature page to follow.]*

The undersigned, constituting the Board of Directors of the Company, have executed this instrument as of the date first mentioned herein.

_____

Name: **Timothy R. Wolf**

_____

Name: **Mary Wolf**

_____

Name: **Robert Holton**

**BEING ALL OF THE DIRECTORS OF THE COMPANY**

# United States Bankruptcy Court
## Eastern District of Missouri

In re    __Lewis and Clark Apartments, LP__             Case No. _____

                                  Debtor(s)                 Chapter    __11__

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __3__ page(s) and is true, correct and complete.

_____
**Timothy R. Wolf/President of Lewis and Clark Partners, LLC**
Signer/Title

Dated: __5/25/11__

Amazing Sewer & Drain
1905 Yaqui Dr.
Florissant, MO 63031

American Family Insurance
16024 Manchester Rd.
Suite 100
Ballwin, MO 63011

Arella's Carpet Cleaning
55 Pilothill Dr.
St. Peters, MO 63376

AT & T
PO Box 630047
Dallas, TX 75263

Captain Properties IV
165 N. Meramec
Suite 500
Saint Louis, MO 63105

Centerline Capital Group
625 Madison Avenue
5th Floor
New York, NY 10022

Charter Communications
PO Box 790223
Saint Louis, MO 63179

Cintas Corp #452
PO Box 88005
Chicago, IL 60680

Compliance Solutions
Zeffert & Associates
2800 Momentum Place
Chicago, IL 60689

CS Flooring
11632 Fairgrove Industrial Blvd.
Maryland Heights, MO 63043

For Rent Magazine
75 Remittance Drive, #1705
Chicago, IL 60675

Gilmore Electric Company, Inc.
66 Willmore Road
St. Louis, MO 63109

Gray Painting
8510 Page Blvd.
St. Louis, MO 63114

Home Depot Credit Services
PO Box 6031
The Lakes, NV 88901

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Laclede Gas Company
Drawer 2
Saint Louis, MO 63171

Landlord Tenant Services
1635 W. First St.
Suite 105
Granite City, IL 62040

Metropolitian St. Louis Sewer District
PO Box 437
Saint Louis, MO 63166

MidWest Scapes
13110 Taussig Avenue
Bridgeton, MO 63044

Missouri American Water
PO Box 94551
Palatine, IL 60094

Patrick Development
165 North Meramec, Suite 500
Saint Louis, MO 63105

Peak Improvements, Inc.
PO Box 309
Valley Park, MO 63088

Rottler Pest & Lawn Solutions
2690 Masterson Ave.
St. Louis, MO 63114

Sherbert Associates, PC
13777 Ballantine Corporate Place
Suite 325
Charlotte, NC 28277

Spectrum Cleaning & Restoration Services
1505 Fenpark
Fenton, MO 63026

United Credit and Collections, Inc.
PO Box 1075
St. Charles, MO 63302

US Bank
10 Hanley Road
Saint Louis, MO 63105

Waste Management of St. Louis
7320 Hall St.
Saint Louis, MO 63147